**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21373 / 0032725889

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Rui Filipe Bento Do O' and Jacqueline Bento Bento Do O'<br><br>Debtors. | No. 2:09-bk-18603-CGC<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

U.S. Bank National Association as Trustee for GSAA 2006-1, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 23rd day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

Copy of the foregoing was
mailed this 23rd day of November, 2009

Rui Filipe Bento Do O' and Jacqueline Bento Bento Do O'
12427 W. Vernon Ave.
Avondale, AZ  85392
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ  85012-1965
Trustee

By:  Julie Bush

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21373/0032725889

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Rui Filipe Bento Do O' and Jacqueline Bento Bento Do O'<br>     Debtors.<br>―――――――――――――――――――<br>U.S. Bank National Association as Trustee for GSAA 2006-1<br>     Movant,<br>  vs.<br><br>Rui Filipe Bento Do O' and Jacqueline Bento Bento Do O', Debtors, Russell A. Brown, Trustee.<br><br>     Respondents. | No. 2:09-bk-18603-CGC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #43) |

       Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

       IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated November 14, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association as Trustee for GSAA 2006-1 is the current beneficiary and Rui Filipe Bento Do O' and Jacqueline Bento Bento Do O' have an interest in, further described as:

> Lot 153, TIERRA AT RANCHO SANTA FE, according to Book 384, of Maps, page 28, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT