| | |
|---|---|
| Russell Brown<br>CHAPTER 13 TRUSTEE<br>Suite 800<br>3838 North Central Avenue<br>Phoenix, Arizona 85012-1965<br>602.277.8996<br>Fax 602.253.8346 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RUI FILIPE BENTO DO O',<br><br>and<br><br>JACQUELINE BENTO BENTO DO O',<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2-09-BK-18603-CGC<br><br>**TRUSTEE'S RECOMMENDATION**<br><br>(No hearing) |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) Debtors are $3,079.20 in default with their Plan payments and must bring them current.

(2) If Debtors bring their Plan payments current, the Trustee will file a supplemental Recommendation.

SUMMARY: Pursuant to Local Rule 2084-10, **by March 19, 2010,** Debtors are to bring their Plan payments current or the Trustee will lodge a dismissal order.

_____
Russell Brown
Chapter 13 Trustee

\\\

| | |
|---|---|
| 1 | A copy of this document was mailed on the date signed below to: |
| 2 | |
| 3 | Rui Filipe Bento Do O' |
| | Jacqueline Bento Bento Do O' |
| 4 | 12427 W. Vernon Avenue |
| | Avondale, AZ 85392 |
| 5 | |
| | Debtors |
| 6 | |
| 7 | |
| | Joseph W. Charles |
| 8 | JOSEPH W. CHARLES, P.C. |
| | PO Box 1737 |
| 9 | Glendale, AZ 85311-1737 |
| 10 | Attorney for Debtors |

*sanderson@ch13bk.com*