# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RUI FILIPE BENTO DO O' and JACQUELINE BENTO DO O',<br><br>Debtors. | Case No. 2:09-bk-18603-CGC<br><br>(Chapter 13) |
| CANYON STATE CREDIT UNION,<br><br>v.<br><br>RUI FILIPE BENTO DO O' and JACQUELINE BENTO DO O'; and RUSSELL BROWN, Trustee,<br><br>Respondents. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY REGARDING 2006 NISSAN PATHFINDER AND 2007 NISSAN MAXIMA**

Canyon State Credit Union, a secured creditor ("CSCU"), having filed a Motion for Relief from the Automatic Stay Regarding 2006 Nissan Pathfinder and 2007 Nissan Maxima (the "Motion") and a Declaration; the attorney for CSCU, Madeleine C. Wanslee, having filed a Certificate of Service and of No Objection to the Motion, and good cause appearing therefor,

MCW:tmk 1187387.1 2/24/2010

THE COURT HEREBY FINDS:

A. CSCU alleges it has perfected liens on a 2006 Nissan Pathfinder, VIN No. 5N1AR18U16C615604 and a 2007 Nissan Maxima, VIN No. 1N4BA41E97C861974 (the "Collateral") owned by Rui Filipe Bento Do O' and Jacqueline Bento Do O' ("Debtors").

B. CSCU alleges that Debtors are in default on the obligations to CSCU for which the Collateral is security.

C. CSCU alleges there is no equity in the Collateral for Debtors or the bankruptcy estate; that the Collateral is not necessary to Debtors' reorganization; and that the Collateral is not insured.

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362(a) is hereby immediately terminated as to Debtors, Debtors' bankruptcy estate, the above-described Collateral and CSCU. CSCU may proceed to obtain possession of and to foreclose its liens on the Collateral.

2. Cause exists to waive the fourteen-day stay of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, Debtors are in default on the obligations to CSCU and which the Collateral is security and because the Collateral is not insured. Therefore, no further kind of stay or injunction shall exist upon entry of this Order.

3. This Order is without prejudice to any additional rights CSCU may have under Title 11 of the United States Code.

ORDERED ACCORDINGLY,
(Signed and Dated Above)

MCW:tmk 1187387.1 2/24/2010

**Bankruptcy** | **Adversary** | **Query** | **Reports** | **Utilities** | **Search** | **Logout**

## Upload a Single Order

**The new PDF document [303940 .pdf](#) was uploaded successfully on 3/16/2010 at 4:41 PM**

**Order Type:** Stay Relief Orders with No Objections
**Case Number:** 2:09-bk-18603-CGC
**Case Name:** RUI FILIPE BENTO DO O' and JACQUELINE BENTO BENTO DO O'
**Related Document Number:** 51
**Related Document Description:** Motion for Relief from Stay (150.00 fee)

[Upload Single (bk)](#)