JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax: 623-939-6718
Email: attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RUI FILIPE BENTO DO O' and<br>JACQUELINE BENTO DO O',<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-18603-CGC<br><br>**MOTION TO CONVERT TO CHAPTER 7 PROCEEDINGS** |

COMES NOW, Debtor, RUI FILIPE BENTO DO O' AND JACQUELINE BENTO DO O', by and through their undersigned attorney, and hereby moves this Court to enter an Order converting their Chapter 13 bankruptcy proceedings to a Chapter 7 proceeding under Code Section 706(a).

RESPECTFULLY SUBMITTED this 14th day of April, 2010.

                                        **JOSEPH W. CHARLES, P.C.**

                              BY:   /s/ Joseph W. Charles
                                      Joseph W. Charles
                                      5704 West Palmaire Avenue
                                      P.O. Box 1737
                                      Glendale, Arizona 85311-1737
                                      Attorney for Debtors

| | |
|---|---|
| 1 | ORIGINAL of the foregoing was electronically filed with the Clerk of the Court and a COPY was mailed this 14th day of April, 2010, to: |
| 2 | |
| 3 | |
| 4 | All parties listed on the Master Mailing Matrix |
| 5 | |
| 6 | |
| 7 |    /s/ S. Borek |