**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RUI FILIPE BENTO DO O' and<br>JACQUELINE BENTO DO O',<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-18603-CGC<br><br>**NOTICE OF FILING MOTION TO CONVERT TO CHAPTER 7 PROCEEDINGS**<br><br>*(Assigned to Honorable Charles G. Case II)* |

**TO DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, the Debtors have filed a Motion to Convert to Chapter 7 Proceedings in the above-referenced Chapter 11 proceeding.

Any objection or response to the Motion to Convert to Chapter 7 Proceedings must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtors' attorneys, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion to Convert to Chapter 7 Proceedings is filed within twenty-three (23) days of the date of service of this Notice of Filing Motion to Convert to Chapter 7 Proceedings, Debtors' request for dismissal may be granted without a hearing, upon the Debtors filing a certificate of service and no objection.

JOSEPH W. CHARLES, P.C.

By: /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
*Attorneys for Debtors*

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 14th day of
April, 2010, to:

All parties listed on the Master Mailing Matrix

/s/ S. Borek

– 2 –