GUST ROSENFELD P.L.C.
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone: (602) 257-7430
Facsimile: (602) 254-4878
Madeleine C. Wanslee – 012590
mwanslee@gustlaw.com

Attorneys for *Canyon State Credit Union*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>RUI FILIPE BENTO DO O' and JACQUELINE BENTO DO O',<br>Debtors.<br><br>CANYON STATE CREDIT UNION,<br>v.<br>RUI FILIPE BENTO DO O' and JACQUELINE BENTO DO O'; and RUSSELL BROWN, Trustee,<br>Respondents. | Case No. 2:09-bk-18603-CGC<br>(Chapter 13) |

## CERTIFICATE OF SERVICE

I, Jennifer H. Bresnehan, being first duly sworn upon oath, deposes and says:

1. I am an employee of the law firm of Gust Rosenfeld P.L.C., attorneys of record in this contested matter, and am authorized to make this Certificate on behalf of the Movant, Canyon State Credit Union, a secured creditor. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the facts stated herein. I make this affidavit to satisfy the requirements of Rules 9014, Federal Rules of Bankruptcy

MCW:tmk 1187387.1 2/24/2010

Procedure, and the local rules as evidence of service by mail of the Order Granting Relief from the Automatic Stay Regarding 2006 Nissan Pathfinder and 2007 Nissan Maxima filed herein on April 16, 2010 (the "Order") upon the parties hereinafter named.

    2. Copies of the Order in this action were served by first-class mail, postage prepaid on the following parties on April 19, 2010:

> Rui Filipe Bento Do O' and Jacqueline Bento Do O'
> 12427 W. Vernon Avenue
> Avondale, AZ  85392
> *Debtors*
>
> Joseph W. Charles
> LAW OFFICES OF JOSEPH W. CHARLES, P.C.
> P.O. Box 1737
> Glendale, AZ  85311-1737
> Attorneys for *Debtors*
>
> Russell Brown
> 3838 North Central Avenue, Suite 800
> Phoenix, AZ  85012-1965
> *Chapter 13 Trustee*
>
> Chandler W. Travis
> THE TRAVIS LAW FIRM, PLC
> 10201 South 51st Street, Suite A270
> Phoenix, AZ  85044
> Attorneys for *Rancho Santa Fe Homeowners Association*
>
> Mark Bosco
> TIFFANY & BOSCO, P.A.
> 2525 East Camelback Road, Suite 300
> Phoenix, AZ  85016
> Attorneys for *U.S. Bank National Association*
>
> RECOVERY MANAGEMENT SYSTEMS CORPORATION
> c/o Law Office of Mary K. Farrington-Lorch
> 3930 E. Camelback Rd., Ste. 100
> Phoenix, AZ 85018
> mary.farrington-lorch@azbar.org
> *Creditor*

    4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April 2010.

                /s/ *Jennifer H. Bresnehan*

MCW:tmk 1187387.1 2/24/2010

Case 2:09-bk-18603-CGC    Doc 65    Filed 04/19/10    Entered 04/19/10 11:34:23    Desc
Main Document    Page 2 of 3

[Not notarized pursuant to 28 U.S.C. § 1746]

Original of the foregoing electronically filed this 19th day of April 2010, with:

Clerk, United States Bankruptcy Court
District of Arizona
230 N. First Ave., Ste. 101
Phoenix, AZ 85003-1706
*https://ecf.azb.uscourts.gov*

By /s/ *Jennifer H. Bresnehan*

MCW:tmk 1187387.1 2/24/2010