| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **2:09−bk−18603−CGC** |
|---|---|

**UNITED STATES BANKRUPTCY COURT District of Arizona**

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 8/5/09 and was converted to a case under chapter 7 on 4/14/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| RUI FILIPE BENTO DO O'<br>12427 W. VERNON AVE<br>AVONDALE, AZ 85392 | JACQUELINE BENTO BENTO DO O'<br>12427 W. VERNON AVE<br>AVONDALE, AZ 85392 |
| Case Number:<br>2:09−bk−18603−CGC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−5108<br>xxx−xx−2457 |
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number:  623−939−6546 | Bankruptcy Trustee (name and address):<br>LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ 85064−2961<br>Telephone number:  602−263−5413 |

### Meeting of Creditors
Date: **May 21, 2010**                                              Time: **10:30 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 7/20/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number:  (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:00 PM | Date:  5/17/10 |

# EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: purvisa                Page 1 of 2              Date Rcvd: May 17, 2010
Case: 09-18603                 Form ID: b9a                 Total Noticed: 34
```

The following entities were noticed by first class mail on May 19, 2010.
```
db           +RUI FILIPE BENTO DO O',    12427 W. VERNON AVE,    AVONDALE, AZ 85392-6508
jdb          +JACQUELINE BENTO BENTO DO O',    12427 W. VERNON AVE,    AVONDALE, AZ 85392-6508
aty          +CHANDLER W. TRAVIS,    THE TRAVIS LAW FIRM, PLC,    10201 South 51st Street,    Suite A-270,
               PHOENIX, AZ 85044-5236
aty           JOSEPH W. CHARLES,    LAW OFFICES OF JOSEPH W. CHARLES, P.C.,    PO BOX 1737,
               GLENDALE, AZ  85311-1737
aty           MADELEINE 1 WANSLEE,    GUST ROSENFELD, PLC,    201 E. WASHINGTON, #800,    PHOENIX, AZ  85004-2327
aty           MADELEINE 2 WANSLEE,    GUST ROSENFELD, PLC,    201 E. WASHINGTON, #800,    PHOENIX, AZ  85004-2327
aty           MADELEINE 3 WANSLEE,    GUST ROSENFELD, PLC,    201 E. WASHINGTON, #800,    PHOENIX, AZ  85004-2327
aty           MADELEINE C. WANSLEE,    GUST ROSENFELD, P.L.C.,    201 E. WASHINGTON, #800,
               PHOENIX, AZ  85004-2327
aty          +MARK 1 BOSCO,    TIFFANY & BOSCO, P.A.,    2525 EAST CAMELBACK ROAD,    SUITE 300,
               PHOENIX, AZ 85016-9240
aty          +MARK 4 BOSCO,    TIFFANY & BOSCO, P.A.,    2525 EAST CAMELBACK ROAD,    SUITE 300,
               PHOENIX, AZ 85016-9240
tr            RUSSELL BROWN,    CHAPTER 13 TRUSTEE,    SUITE 800,    3838 NORTH CENTRAL AVENUE,
               PHOENIX, AZ  85012-1965
cr           +Canyon State Credit Union,    c/o MADELEINE C. WANSLEE,    201 E. WASHINGTON, SUITE 800,
               PHOENIX, AZ 85004-2327
cr           +RANCHO SANTA FE HOMEOWNERS ASSOCIATION,    Travis Law Firm,    10201 S. 51st Street,    Suite A-270,
               Phoenix, AZ 85044-5236
8735651      +CACH ,LLC,    4340 S. MONACO STREET ,2ND FLOOR,    DENVER, CO 80237-3408
8471907       CANYON STATE CREDIT UNION,    c/o Madeleine C. Wanslee,    Gust Rosenfeld PLC,
               201 E. Washington St., Ste,. 800,    Phoenix, AZ 85004-2327
8366263      +COLDWELL BANKER MORTGAGE,    4001 Leadenhall Road,    Mount Laurel NJ 08054-4611
8366264      +GRAND CANYON CREDIT UNION,    3440 West Deer Valley Road,    Phoenix AZ 85027-2258
8366265      +GRAND CANYON FEDERAL CREDIT UNION,    3440 West Deer Valley Road,    Phoenix AZ 85027-2258
8366266      +HOME DEPOT,    P.O. BOX 689100,    DES MOINES IA 50368-9100
8755001      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
8469772      +R.S.F. Homeowner's Association,    c/o Chandler W. Travis,    10201 S 51st Street, Ste A-270,
               Phoenix AZ 85044-5236
8539362      +Rancho Santa Fe Homeowners' Association,    c/o The Travis Law Firm,    10201 S. 51st Street,
               Suite A-270,    Phoenix, AZ 85044-5236
8366269      +TARGET,    PO BOX 23014,    Minneapolis MN 55423-0014
8407811      +U.S. Bank National Association as Trustee for GSAA,    2525 E.CAMELBACK RD.SUITE 300,
               PHOENIX, AZ 85016-4237
8366270      +VISA,    P.O. BOX 31594,    Tampa FL 33631-3594
```

The following entities were noticed by electronic transmission on May 17, 2010.
```
tr            EDI: QLHGOERNITZ.COM May 17 2010 18:58:00        LOTHAR GOERNITZ,    P.O. BOX 32961,
               PHOENIX, AZ  85064-2961
smg           EDI: AZDEPREV.COM May 17 2010 18:58:00        AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
8366262      +EDI: CAPITALONE.COM May 17 2010 18:58:00        CAPITAL ONE,    P. O. Box 60024,
               City Of Industry CA 91716-0024
8809851       EDI: CAPITALONE.COM May 17 2010 18:58:00        CAPITAL ONE BANK USA, N.A.,
               BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,    Charlotte, NC  28272-1083
8366267      +EDI: RMSC.COM May 17 2010 18:58:00        IKEA,    PO BOX 530942,    Atlanta GA 30353-0942
8366268       EDI: RMSC.COM May 17 2010 18:58:00        MERVYN'S,    P. O. Box 960013,    Orlando FL 32896-0013
8638242      +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
8383486       EDI: RECOVERYCORP.COM May 17 2010 18:58:00        Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8803133      +EDI: RECOVERYCORP.COM May 17 2010 18:58:00        Recovery Management Systems Corporation,
               For GE Money Bank,    dba IKEA CONSUMER,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          +++Recovery Management Systems Corporation
cr             U.S. Bank National Association as Trustee for GSAA
8469765*     +CAPITAL ONE,    P. O. Box 60024,    City Of Industry CA 91716-0024
8469766*     +COLDWELL BANKER MORTGAGE,    4001 Leadenhall Road,    Mount Laurel NJ 08054-4611
8469767*     +GRAND CANYON CREDIT UNION,    3440 West Deer Valley Road,    Phoenix AZ 85027-2258
8469768*     +GRAND CANYON FEDERAL CREDIT UNION,    3440 West Deer Valley Road,    Phoenix AZ 85027-2258
8469769*     +HOME DEPOT,    P.O. BOX 689100,    DES MOINES IA 50368-9100
8469770*     +IKEA,    PO BOX 530942,    Atlanta GA 30353-0942
8469771*      MERVYN'S,    P. O. Box 960013,    Orlando FL 32896-0013
8469773*     +TARGET,    PO BOX 23014,    Minneapolis MN 55423-0014
8469774*     +VISA,    P.O. BOX 31594,    Tampa FL 33631-3594
                                                                                             TOTALS: 2, * 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2010**　　　　　　　　　　　**Signature:**　　　*/s/ Joseph Speetjens*